## Edward JORDAN v. STATE.
No. 17407.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Jacob D. Kolker, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is rape; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.